| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>RANDAL JASON NEWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00095-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date:  February 28, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| RANDAL JASON NEWELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Randal Jason Newell, that the sentencing hearing currently scheduled for February 28, 2022, at 10:00 a.m. may be continued to March 28, 2022, at 10:00 a.m.

Good cause exists for this continuance. First, defense counsel is scheduled to be on leave from February 17, 2022, through the morning of February 22, 2022, and will have insufficient time to draft a sentencing memorandum before she leaves due to her commitments in other cases. Second, Ms. Newell has several upcoming medical appointments, including one on February 25, 2022. Defense counsel would like time to get documentation regarding the results of that medical appointment so that probation can incorporate any new information in the Presentence Investigation Report to ensure Mr. Newell receives adequate medical care while in the custody

of the Bureau of Prisons.

In light of the foregoing, defense counsel requests that the Court continue the sentencing hearing for one month to March 28, 2022. The government has no objection to this request.

                                                         Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         United States Attorney

Date: February 4, 2022                       */s/ Christopher D. Baker*
                                                         CHRISTOPHER D. BAKER
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff


                                                         HEATHER E. WILLIAMS
                                                         Federal Defender

Date: February 4, 2022                       */s/ Erin Snider*
                                                         ERIN SNIDER
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         RANDAL JASON NEWELL


## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for February 28, 2022, at 10:00 a.m. is hereby continued to March 28, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **February 4, 2022**                                /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE