UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDAL JASON NEWELL,<br><br>Defendant. | No. 1:21-cr-00095-TLN-BAM-7<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Randal Jason Newell's ("Defendant") Motion for Early Termination of Supervised Release. (ECF No. 386.) For following reasons, the Court GRANTS Defendant's motion.

On December 6, 2021, Defendant pleaded guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). (ECF No. 112.) On March 29, 2022, Defendant was sentenced to a 39-month term of imprisonment and a 36-month term of supervised release. (ECF No. 133.) On August 7, 2025, Defendant filed the instant motion for early termination of supervised release. (ECF No. 386.) No opposition was filed.

"The correct legal standard for deciding a motion to terminate supervised release is set forth in 18 U.S.C. § 3583(e)." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). "The statute provides that, after considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is

1

1  warranted by the conduct of the defendant released and the interest of justice.'" *Id.* (quoting 18
2  U.S.C. § 3583(e)(1)). Defendant has the burden to demonstrate that early termination of
3  supervised release is justified. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir. 2006)).

4      Defendant requests early termination of supervised release based on his exemplary
5  conduct on supervised release. (ECF No. 386 at 2.) Following his release, Defendant obtained a
6  Class A driver's license and gained employment with a long-haul trucking company. (*Id.*) In
7  addition, Defendant was recently transferred to Probation's low-supervision caseload and has had
8  no violations. (*Id.*) Defendant represents that Probation and the Government are unopposed to
9  the early termination of Defendant's supervised release. (*Id.*) Based on the Government's non-
10  opposition, the support of Defendant's probation officer, and Defendant's exemplary conduct for
11  over a year while on supervised release, the Court finds Defendant has met his burden to show
12  that early termination of supervised release is warranted pursuant to 18 U.S.C. § 3583(e).
13  *Emmett*, 749 F.3d at 819.

14      Accordingly, Defendant's Motion for Early Termination of Supervised Release is hereby
15  GRANTED. (ECF No. 386.)

16  IT IS SO ORDERED.

17  Date: August 25, 2025

18                                                    _____
19                                                    TROY L. NUNLEY
                                                  CHIEF UNITED STATES DISTRICT JUDGE